364 A.2d 718

Commonwealth v. Nail, Appellant.

Submitted November 17, 1975. J. David Ungerman, and Schroeck, Meredith, Ungerman & McGeorge, for appellant; Michael J. Veshecco, Assistant District Attorney, and Robert H. Chase, District Attorney, for Commonwealth, appellee.

Order affirmed.